UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 07-20076-18

ANTHONY JOHNSON,

    Defendant.
_____/

### ORDER GRANTING IN PART MOTION TO REINSTATE BOND AND CANCELLING THE ARREST WARRANT

On April 22, 2008, Defendant Anthony Johnson filed a "Motion to Reinstate Bond to Adjourn Sentencing". After consultation with US Pretrial Services Officer Linda Anderson and review by the court the arrest warrant is CANCELLED and the bond is reinstated. Therefore,

IT IS ORDERED that the "Motion to Reinstate Bond and to Adjourn Sentencing" is **GRANTED IN PART AND DENIED IN PART**

The defendant is ordered to appear on **April 29, 2008 at 2:00 p.m.** for sentencing in this matter.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: April 23, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522

S:\Cleland\LISA\Criminal\oreinstatebond.wpd